B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Church At South Las Vegas** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**48-1308122** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3051 Horizon Ridge Parkway**<br>**Henderson, NV**<br>ZIP Code **89052** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**       \*\*\* **John P. Witucki, Esq. Nevada Bar No. 10800** \*\*\*     THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | The Church At South Las Vegas |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | The Church At South Las Vegas |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ _____
Signature of Attorney for Debtor(s)
**John P. Witucki, Esq. Nevada Bar No. 10800**
Printed Name of Attorney for Debtor(s)
**Gordon Silver**
Firm Name
**3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169**
Address

**(702) 796-5555  Fax: (702) 369-2666**
Telephone Number
**7-8-11**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ _____
Signature of Authorized Individual
**Benjamin Perez**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    The Church At South Las Vegas                                Case No. _____
                                            Debtor(s)                 Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First Bank<br>Attn: Managing Member<br>PO Box 771399<br>Saint Louis, MO 63177-2399 | First Bank<br>Attn: Managing Member<br>PO Box 771399<br>Saint Louis, MO 63177-2399 | 3051 W. Horizon Ridge<br>Henderson, NV 89052 | | 7,653,165.48<br><br>(2,375,000.00 secured) |
| Video Equipment Rentals<br>Attn: Managing Member<br>912 Ruberta Avenue<br>Glendale, CA 91201 | Video Equipment Rentals<br>Attn: Managing Member<br>912 Ruberta Avenue<br>Glendale, CA 91201 | | | 10,000.00 |
| BMC Ferrell, Inc.<br>Attn: Managing Member<br>6450 S. Lewis<br>Suite 310<br>Tulsa, OK 74136 | BMC Ferrell, Inc.<br>Attn: Managing Member<br>6450 S. Lewis<br>Tulsa, OK 74136 | | | 6,500.00 |
| Cook Pictures<br>Attn: Managing Member<br>2316 W. Victory Blvd.<br>Burbank, CA 91506 | Cook Pictures<br>Attn: Managing Member<br>2316 W. Victory Blvd.<br>Burbank, CA 91506 | | | 2,500.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    7-8-2011                              Signature    /s/ Benjamin K. Perez
                                                           Benjamin Perez
                                                           President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Nevada

In re: **The Church At South Las Vegas**  
Debtor(s)

Case No. _____  
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **7-8-2011**

_____  
**Benjamin Perez/President**  
Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

The Church At South Las Vegas
3051 Horizon Ridge Parkway
Henderson, NV 89052

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Office of the United States Trustee
300 Las Vegas Blvd., South, #4300
Las Vegas, NV 89101

State of Nevada Dept. of Motor Vehicles
Attention Legal Division
555 Wright Way
Carson City, NV 89711

BMC Ferrell, Inc.
Attn: Managing Member
6450 S. Lewis
Suite 310
Tulsa, OK 74136

Video Equipment Rentals
Attn: Managing Member
912 Ruberta Avenue
Glendale, CA 91201

Chase Card Services
Attn: Collections/Bankruptcy Dept.
P.O. Box 94014
Palatine, IL 60094-4014

AT&T Mobility
Attn: Managing Member
P.O. Box 60017
Los Angeles, CA 90060

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551401
Las Vegas, NV 89155-1401

Century Link
Attn: Managing Member
1008 Oliver Road
Monroe, LA 71201

Cook Pictures
Attn: Managing Member
2316 W. Victory Blvd.
Burbank, CA 91506

City of Henderson-Utility Service
Attn: Manging Member
240 Water Street
MS 125
Henderson, NV 89015

Dept. of Employment, Training &
Rehabilitation, Employment Security Div.
500 East Third St.
Carson City, NV 89713

Cox Communications
Attn: Managing Member
PO Box 53262
Phoenix, AZ 85062-9175

First Bank
Attn: Managing Member
PO Box 771399
Saint Louis, MO 63177-2399

MCI
Attn: Managing Member
P.O. Box 371838
Pittsburgh, PA 15250-7838

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NV Energy
Attn: Managing Member
PO Box 1010
Reno, NV 89520

Iron County Treasurer's Office
Attn: Managing Member
PO Box 369
68 S. 100 E.
Parowan, UT 84761

Republic Services of Southern Nevada
Attn: Managing Member
P.O. Box 98508
Las Vegas, NV 89193-8508

# ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF THE CHURCH AT SOUTH LAS VEGAS, a Nevada nonprofit corporation

The undersigned, being all of the members of the Board of Directors (the "*Board*") of The Church At South Las Vegas, a Nevada Non-Profit corporation (the "*Corporation*"), hereby ratify and adopt the following resolutions, to be effective as of June 20, 2011:

WHEREAS: The undersigned deem it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*") pursuant to Chapter 11 of Title 11 of the United States Code ("*Chapter 11*").

RESOLVED: Benjamin K. Perez, as president (the "*Authorized Person*"), is hereby authorized, empowered and directed, for and on behalf of the Corporation, to execute and file on behalf of the Corporation a petition for relief under Chapter 11 in the Bankruptcy Court.

RESOLVED FURTHER: The Authorized Person shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Corporation under Chapter 11.

RESOLVED FURTHER: The undersigned authorize, direct and ratify the Corporation's hiring of the law firm of Gordon Silver to represent the Corporation in such bankruptcy case.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, have executed these resolutions and delivered them to the Secretary of the Corporation.

_____         _____
Benjamin K. Perez                 Jude Fouquier


_____         _____
Wendy Perez                       Michael Robertson

102918-003/1242145

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF THE CHURCH AT SOUTH LAS VEGAS, a Nevada nonprofit corporation

The undersigned, being all of the members of the Board of Directors (the "*Board*") of The Church At South Las Vegas, a Nevada Non-Profit corporation (the "*Corporation*"), hereby ratify and adopt the following resolutions, to be effective as of June 20, 2011:

WHEREAS: The undersigned deem it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*") pursuant to Chapter 11 of Title 11 of the United States Code ("*Chapter 11*").

RESOLVED: Benjamin K. Perez, as president (the "*Authorized Person*"), is hereby authorized, empowered and directed, for and on behalf of the Corporation, to execute and file on behalf of the Corporation a petition for relief under Chapter 11 in the Bankruptcy Court.

RESOLVED FURTHER: The Authorized Person shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Corporation under Chapter 11.

RESOLVED FURTHER: The undersigned authorize, direct and ratify the Corporation's hiring of the law firm of Gordon Silver to represent the Corporation in such bankruptcy case.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, have executed these resolutions and delivered them to the Secretary of the Corporation.

_____          _____
Benjamin K. Perez                        Jude Bouquier

_____          _____
Wendy Perez                              Michael Robertson

102918-003/Bankruptcy Resolution.doc